# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

## 7 South Morton Avenue
## Morton, Pennsylvania 19070
## Ph: 610.690.0801
## Fax: 610.690.0880

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg*\*^
L. Anthony DiJiacomo~
David A. Berlin^+
Gary Schafkopf^+
Yanna Panagopoulos~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
#Licensed in NJ
+Of Counsel

Web-Site: **www.weisberglawoffices.com**
**E-Mail:** MWEISBERG@WEISBERGLAWOFFICES.COM

July 27, 2023

Honorable Chad F. Kenney
United States Federal Judge
United States District Court
Eastern District of Pennsylvania
11613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 11-B
*Via ECF*

Re:     *NOVA Home Group LLC v. ABC Capital Investments, LLC, et al.*
        **United States District Court │ Eastern District of Pennsylvania**
        **No.: 22-cv-04377**

Dear Your Honor:

Undersigned Counsel represents Plaintiff, NOVA Home Group LLC in this matter, which was initiated on or about November 1, 2022. Kindly accept this letter as the fifth status report concerning the bankruptcies filed in this matter.

**ABC Capital Investments LLC (EDPA Bankruptcy No. 22-13060-elf)**
As previously reported, on April 13, 2023, the Trustee filed a Motion for Contempt to Hold Debtor and its Principals in Contempt for failure to provide certain financial records requested by the Trustee; this was granted on May 21, 2023 with significant, daily monetary fines. The Court scheduled a Status Hearing on the status of the production for June 28, 2023, which was continued to July 29, 2023 and then to August 2, 2023. Per the last report of the Trustee, dated July 18, 2023, the records have not been produced.

Additionally, the Trustee filed a Motion to Compel Debtor's Prepetition Counsel to Turnover Records on June 28, 2023. Debtor's Prepetition Counsel is Attorney Swain per the Motion. A hearing on this motion was held on July 19, 2023, but no order has be enentered to date.

**Stateside Philly LLC (EDPA Bankruptcy No. 22-13062-mdc)**
The Trustee filed a Report of No Distribution on July 5, 2023.

**ABC Capital Realty LLC (EDPA Bankruptcy No. 23-10263-amc)**
This bankruptcy matter was dismissed on June 28, 2023 for failure of the debtor to appear at two scheduled Meeting of Creditors.

**ABC Capital RE LTD aka ABC Capital RE aka ABC Capital RE LLC (EDPA Bankruptcy No. 23-10361-amc)**
Since the last full status report in this matter, the Debtor has again failed to appear for the Meeting of Creditors. On June 22, 2023, the Court entered an Order to Appear and Show Cause why the bankruptcy should not be dismissed for Debtor's failure to appear at the meetings of creditors. This hearing is scheduled for August 2, 2023.

Should this Honorable Court require any further information at this time or in advance to the next status report, due in sixty days, Plaintiff and Undersigned Counsel will abide further direction.

Respectfully submitted,

*/s/ L. Anthony DiJiacomo, III*

L. Anthony DiJiacomo, III