## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | | |
|---|---|---|
| **NOVA HOME GROUP, LLC** | : | |
| | : | |
| v. | : | No.: 2:22-cv-04377 |
| | : | |
| **ABC CAPITAL INVESTMENTS, LLC**, | : | |
| et al. | : | |

## PLAINTIFF'S NOTICE OF *PARTIAL[1]* VOLUNTARY DISMISSAL

TO THE CLERK:

Plaintiff, NOVA Home Group LLC, by and through its undersigned counsel, respectfully requests the following defendant be voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(i): PGutman LLC.

**WEISBERG LAW**

*/s/ L. Anthony DiJiacomo, III*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Plaintiff*

---

[1]     Plaintiff does not dismiss the remaining defendants named in this action.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | | |
|---|---|---|
| **NOVA HOME GROUP, LLC** | : | |
| | : | |
| v. | : | No.: 2:22-cv-04377 |
| | : | |
| **ABC CAPITAL INVESTMENTS, LLC**, | : | |
| et al. | : | |

## CERTIFICATE OF SERVICE

I, L. Anthony DiJiacomo, III, Esquire, hereby certify that on this 22nd day of September, 2023, a true and correct copy of the foregoing Notice of Voluntary Dismissal were served via ECF upon all defendants.

**WEISBERG LAW**

/s/ L. Anthony DiJiacomo, III
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Plaintiff*